**1663-14**

# ELECTRONIC RECORD

COA # <u>14-13-00847-CR</u>

OFFENSE: <u>Tampering with Governmental Record</u>

STYLE: <u>Lisa Hunter v The State of Texas</u>

COUNTY: <u>Harris</u>

COA DISPOSITION: <u>Affirmed</u>

TRIAL COURT: <u>185th District Court</u>

DATE: <u>December 9, 2014</u>  Publish: <u>No</u>

TC CASE #:<u>1352314</u>

## IN THE COURT OF CRIMINAL APPEALS

STYLE: <u>Lisa Hunter v The State of Texas</u>

CCA # _____

____*APPELLANT'S*____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

____*REFUSED*____

DATE: ____*02/25/2015*____

JUDGE: _____

CCA Disposition: **1663-14**

DATE: _____

JUDGE: _____

SIGNED: _____  PC: _____

PUBLISH: _____  DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**